BEFORE THE SECOND DIVISION, MAY 13, 1942

**No. 47181.**—Protests 2844–K, etc., of Rodier, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the woven silk mufflers in question are the same as those the subject of Abstract 45938 and that they were imported prior to the effective date of the United Kingdom Trade Agreement. In accordance therewith the claim at 60 percent under paragraph 1209 was sustained. ❡

**No. 47182.**—Protests 19300–K, etc., of Rodier, Inc., et al. (New York).

Opinion by TILSON, J. Following Abstract 45938 certain of the mufflers in question were held dutiable at 35 percent and others at 45 percent under paragraph 1209 and T. D. 49753 in accordance with the stipulated facts.

BEFORE THE THIRD DIVISION, MAY 13, 1942

**No. 47183.**—Protest 832277–G of Sigmond Rothschild Co. (Galveston).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of peat moss similar to that the subject of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 47184.**—Protest 946220–G of J. P. W. Von Laer Co. (Boston).

Opinion by EKWALL, J. The witness, an official of the importing company, described the commodity as a raw lime juice and stated that prior to importation the fruit is crushed by machinery and the pulp is allowed to settle, the pulp being thrown away; that in its imported condition it cannot be sold for beverage purposes but must be subjected to a number of filtering processes as a result of which all of the pulp, oil, and impurities are removed and that not until that is accomplished is the commodity fit for beverage purposes; that he has never known it to be used in making so-called lime cup; and that he has never sold it for beverage purposes in its imported condition. This testimony was not rebutted. Following *Ritchie* v. *United States* (3 Cust. Ct. 24, C. D. 194), affirmed in *United States* v. *Ritchie* (28 C. C. P. A. 51, C. A. D. 124), the claim at 5 cents per pound under paragraph 48 was sustained. *Crosse & Blackwell* v. *United States* (T. D. 48556) cited.